UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:

John A Powell
Jacqueline R Powell

Chapter 7
Bankruptcy Case No.

Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A. [To be completed in all cases]

I(We), **John A Powell** and **Jacqueline R Powell**, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B. [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

| | |
|---|---|
| **John A Powell** | **Jacqueline R Powell** |
| Printed or Typed Name of Debtor or Representative | Printed or Typed Name of Joint Debtor |
| /s/ John A Powell | /s/ Jacqueline R Powell |
| Signature of Debtor or Representative | Signature of Joint Debtor |
| **May 14, 2014** | **May 14, 2014** |
| Date | Date |